

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) England, Jr., Morrison C | 2. Court or Organization Eastern District of California | 3. Date of Report 5/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Courthouse 501 I Street, Suite 15-220 Sacramento, CA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
May 17 11:23 AM '05
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Pharmaceutical Care Network |
| 2. | 2004 | Medinitiatives, Inc. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Philadelphia Bar Association | Reimbursed expenses for Just The Beginning Foundation |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #2, Sacramento, CA | D | Rent | L | V | | | | | |
| 2. IRA #1 | A | Dividend | K | T | Rollover | | | | See note in Part VIII |
| 3. - MFS Massachusetts Investment Trust | | | | | Sell | | | | |
| 4. - Alliance Premier Growth Fund | | | | | Sell | | | | |
| 5. - Dreyfus Premier Worldwide | | | | | Sell | | | | |
| 6. - Microsoft Common stock | | | | | Sell | | | | |
| 7. - Edison Common stock | | | | | Sell | | | | |
| 8. IRA #2 | A | Dividend | L | T | Rollover | | | | See note in Part VIII |
| 9. - Dreyfus Laurel FDS Fund | | | | | Sell | | | | |
| 10. - Dreyfus FDS Premier Balanced Fund | | | | | Sell | | | | |
| 11. - MFS Cap Opportunities | | | | | Sell | | | | |
| 12. -DuPont Common stock | | | | | Sell | | | | |
| 13. - Pfizer Common stock | | | | | Sell | | | | |
| 14. - Wyeth Common stock | | | | | Sell | | | | |
| 15. - Sun Microsystems Common stock | | | | | Sell | | | | |
| 16. - Microsoft Common stock | | | | | Sell | | | | |
| 17. Education Fund | A | Dividend | K | T | | | | | See note in Part VIII |
| 18. - Mainstay FDS Equity Index | | | | | Liquidate | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. -Money market fund | | | | | Acquire | | | | |
| 20. - Dreyfus Premier Fund | | | | | Liquidate | | | | |
| 21. - Alliance Premier Fund | | | | | Liquidate | | | | |
| 22. Retirement #1 (Rollover to Retirement #4 on line 36) | A | Dividend | M | T | Rollover | | | | See note in Part VIII |
| 23. -Columbia Balanced Fund | | | | | Sell | | | | |
| 24. -Columbia Growth Fund | | | | | Sell | | | | |
| 25. -Columbia International Fund | | | | | Sell | | | | |
| 26. -Columbia Small Cap Fund | | | | | Sell | | | | |
| 27. -Columbia Stock Fund | | | | | Sell | | | | |
| 28. Retirement #2 | A | Dividend | M | T | | | | | |
| 29. - Lincoln Financial Group | | | | | | | | | |
| 30. - Lincoln Financial Group | | | | | | | | | |
| 31. Retirement #3 | A | Dividend | L | T | | | | | |
| 32. - Humana, Inc. | | | | | | | | | |
| 33. Investment Account #1 | A | Dividend | K | T | Sell | | | | |
| 34. -Alliance Premier Growth Fund | | | | | Sell | | | | |
| 35. -MFS Massachussets Trust Fund | | | | | Sell | | | | |
| 36. Retirement #4 (from Retirement #1 on line 22) | A | Dividend | J | T | Rollover | | | | See note in Part VIII |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| England, Jr., Morrison C | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (If private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -Lord Abbett All Value | | | | | Buy | | | | |
| 38. -Van Kampen Comstock | | | | | Buy | | | | |
| 39. IRA (combined IRA #1 and IRA #2) | B | Dividend | L | T | Rollover | | | | See note in Part VIII |
| 40. -Calamos Investment TR New | | | | | Buy | | | | |
| 41. -Causeway Int'l Value FD | | | | | Buy | | | | |
| 42. -FMI FDS | | | | | Buy | | | | |
| 43. -Goldman Sachs TR | | | | | Buy | | | | |
| 44. -Harbor Small Cap Value | | | | | Buy | | | | |
| 45. -Hotchkis & Wiley FDS | | | | | Buy | | | | |
| 46. -Janus Investment FD | | | | | Buy | | | | |
| 47. -Julius Baer Investment FDS | | | | | Buy | | | | |
| 48. -Legg Mason Value Trust | | | | | Buy | | | | |
| 49. -Pimco FDS Pac Investment | | | | | Buy | | | | |
| 50. -TCW Galileo FDS Inc. | | | | | Buy | | | | |
| 51. -Torrey FD | | | | | Buy | | | | |
| 52. -Touchstone Small Cap | | | | | Buy | | | | |
| 53. -Vanguard/Windsor Fund Inc. | | | | | Buy | | | | |
| 54. -Western Asset Core | | | | | Buy | | | | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $30,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$300,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

(1) On Part VII, line 35 of the 2003 FDR, a "redemption" was reported; this data has been omitted from the 2004 FDR.

(2) On Part VII, line 36 of the 2003 FDR, a "redemption" was reported; this data has been omitted from the 2004 FDR.

(3) On Part VII, line 37 of the 2003 FDR, the name, Wachovia Securities, has been changed as reported in 2003, to Investment Account #1 in the 2004 FDR.

(4) On Part VII, line 22 of the 2004 FDR a 401(k) custodial account was rolled over from one qualified custodian to another qualified custodian; this account is listed as Retirement #4 reported in Part VII, line 36.

(5) On Part VII, lines 2 and 8 of the 2003-2004 FDR, the funds have been consolidated into one fund custodian and is combined in Part VII, line 39.

(6) On Part VII, line 17, the underlying stock funds were liquidated during the year and appear as a "money market fund" in Part VII, line 19.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date  5·16·2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)



### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544